# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00108-CR

**Kenneth Walker, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT
### NO. D-1-DC-05-904189, HONORABLE JON WISSER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Kenneth Walker seeks to appeal from a judgment of conviction for theft. Sentence was imposed on December 21, 2005. There was no motion for new trial. The deadline for perfecting appeal was therefore January 20, 2006. Tex. R. App. P. 26.2(a)(1). Walker mailed his pro se notice of appeal to the district clerk in an envelope postmarked January 26, 2006, and the notice was filed on January 30. *See* Tex. R. App. P. 9.2(b). No extension of time for filing was requested. *See* Tex. R. App. P. 26.3. Because the notice of appeal was not timely, we lack jurisdiction to dispose of the purported appeal in any manner other than by dismissing it for want of jurisdiction. *See Slaton v. State*, 981 S.W.2d 208 (Tex. Crim. App.1998); *Olivo v. State*, 918 S.W.2d 519, 522-23 (Tex. Crim. App. 1996).

The appeal is dismissed.

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Dismissed for Want of Jurisdiction

Filed:  March 15, 2006

Do Not Publish